CHRISTOPHER E. BALESTRERO, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents.

Argued May 25, 1954; decided July 14, 1954.

*Frank D. O'Connor* and *Raymond McKaba* for appellant.
*Nahum A. Bernstein* and *Allen B. Haskel* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.